UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| HENRY JOHNSON, | Case No. 3:18-cv-00521-MMD-WGC |
|---|---|
| Petitioner, | |
| v. | ORDER |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Good cause appearing, Petitioner's unopposed motion for extension of time (ECF No. 12) is granted. Petitioner will have until August 26, 2019, to file an amended petition for writ of habeas corpus in this case.

DATED THIS 29th day of May 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE