UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HENRY JOHNSON,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:18-cv-00521-MMD-WGC<br><br>ORDER |

Good cause appearing, Petitioner's second unopposed motion for extension of Time (ECF No. 15) is granted. Petitioner will have until October 25, 2019, to file an amended petition for writ of habeas corpus.

DATED THIS 26th day of August 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE