UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HENRY JOHNSON,<br><br>                       Petitioner,<br>    v.<br>ISIDRO BACA, *et al.*,<br><br>                      Respondents. | Case No. 3:18-cv-00521-MMD-WGC<br><br>ORDER |

Good cause appearing, Petitioner's third Unopposed Motion for Extension of Time (ECF No. 17) is granted. Petitioner has until November 8, 2019, to file an amended petition for writ of habeas corpus.

DATED THIS 23rd day of October 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE