UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HENRY JOHNSON, | Case No. 3:18-cv-00521-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Good cause appearing, Respondents' Unopposed Motion for Enlargement of Time (ECF No. 24) is granted. Respondents have until February 3, 2020, to answer or otherwise respond to the Amended Petition for Writ of Habeas Corpus (ECF No. 19) in this case.

DATED THIS 2nd day of January 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE