UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

HENRY JOHNSON,

                     Petitioner,

   v.

ISIDRO BACA, *et al.*,

                    Respondents.

Case No. 3:18-cv-00521-MMD-WGC

ORDER

Respondents have filed a second Unopposed Motion for Enlargement of Time (ECF No. 26), which the Court will grant for good cause.

It is therefore ordered that Respondents' second Unopposed Motion for Enlargement of Time (ECF No. 26) is granted. Respondents have until March 4, 2020, to answer or otherwise respond to the Amended Petition for Writ of Habeas Corpus (ECF No. 19).

DATED THIS 4th day of February 2020.

_____

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE