UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| HENRY JOHNSON, | Case No. 3:18-cv-00521-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Good cause appearing, Petitioner's unopposed first Motion for Extension of Time (ECF No. 33) is granted. Petitioner has until May 4, 2020, to oppose Respondents' Motion to Dismiss (ECF No. 28).

DATED THIS 19th day of March 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE