UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HENRY JOHNSON,<br><br>                    Petitioner,<br>    v.<br>ISIDRO BACA, *et al.*,<br><br>                    Respondents. | Case No. 3:18-cv-00521-MMD-WGC<br><br>ORDER |

Good cause appearing, Respondents' unopposed second motion for enlargement of time (ECF No. 38) is granted. Respondents have until May 27, 2020, to file a reply in support of their Motion to Dismiss (ECF No. 28).

DATED THIS 22nd day of May 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE