UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HENRY JOHNSON,<br><br>　　　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, *et al.*,<br>　　　　　　　Respondents. | Case No. 3:18-cv-00521-MMD-WGC<br><br>ORDER |

　　　Good cause appearing, Respondents' unopposed third Motion for Enlargement of Time (ECF No. 40) is granted *nunc pro tunc*. Respondents have until June 10, 2020, to file a reply in support of the Motion to Dismiss (ECF No. 28).

　　　DATED THIS 4th day of June 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE